■ HSBC Bank USA, Appellant, v Lezi Realty Corp. et al., Respondents. [769 NYS2d 899]—Appeal from order, Supreme Court, Bronx County (Jerry Crispino, J.), entered on or about March 4, 2003, unanimously withdrawn in accordance with the terms of the order discontinuing the action and correspondence of the parties hereto. No opinion. Concur—Nardelli, J.P., Tom, Ellerin, Lerner and Friedman, JJ.